UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:  S & B MONSEY LLC | CASE NO: 19-23959 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 7/9/2020, I did cause a copy of the following documents, described below,

Motion to Extend Exclusivity

Notice of Hearing on Dislosure Statement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/9/2020

/s/ Mark Frankel
Mark Frankel  8417
Backenroth Frankel & Krinsky, LLP
800 Thrid Avenue
New York, NY  10022-0000
212 593 1100

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:  S & B MONSEY LLC | CASE NO: 19-23959 |
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING** |
| | Chapter: 11 |

On 7/9/2020, a copy of the following documents, described below,

Motion to Extend Exclusivity

Notice of Hearing on Dislosure Statement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/9/2020

*[signature]*

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mark Frankel
Backenroth Frankel & Krinsky, LLP
800 Thrid Avenue
New York, NY  10022-0000

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" HAVE BEEN SERVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| CASE INFO | 227 GRAND STREET MEZZ LENDER LLC | DEBTOR |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 02087<br>CASE 19-23959-RDD<br>SOUTHERN DISTRICT OF NEW YORK<br>WHITE PLAINS<br>WED JUL 8 17-11-18 EDT 2020 | CO ROBINSON BROG ET AL<br>875 THIRD AVENUE<br>9TH FLOOR<br>NEW YORK NY 10022-0123 | S  B MONSEY LLC<br>160 RUTLEDGE STREET<br>BROOKLYN NY 11211-8021 |
| WHITE PLAINS DIVISION<br>300 QUARROPAS STREET<br>WHITE PLAINS NY 10601-4140 | 227 GRAND STREET MEZZ LENDER LLC<br>207 WEST 25TH STREET<br>9TH FLOOR<br>NEW YORK NY 10001-7159 | BACKENROTH FRANKEL  KRINSKY<br>800 THIRD AVENUE<br>11TH FLOOR<br>NEW YORK NY 10022-7651 |
| CITY OF NEW YORK<br>NYC LAW DEPARTMENT<br>100 CHURCH ST<br>NEW YORK NY 10007-2668 | COHEN  GRESSER LLP<br>ATTN NICHOLAS KAISER ESQ<br>800 THIRD AVENUE 21ST FLOOR<br>NEW YORK NY 10022-7611 | EMETT CONTROLS<br>1577 CARROLL STREET<br>1D<br>BROOKLYN NY 11213-4592 |
| INTERNAL REVENUE SERVICE<br>CO US ATTORNEY CLAIMS UNIT<br>ONE SAINT ANDREWS PLAZA RM 417<br>NEW YORK NY 10007-1701 | KJ TILES<br>105 SANFORD STREET<br>SUITE 101<br>BROOKLYN NY 11205-3441 | NYC DEPARTMENT OF FINANCE<br>66 JOHN STREET<br>NEW YORK NY 10038-3728 |
| NYS DEPT OF TAX  FINANCE<br>BANKRUPTCY UNIT<br>PO BOX 5300<br>ALBANY NY 12205-0300 | OFFICE OF THE UNITED STATES TRUSTEE<br>US FEDERAL OFFICE BUILDING<br>201 VARICK STREET<br>SUITE 1006<br>NEW YORK NY 10014-4811 | ROBINSON BROG LEINWAND GREENE<br>GENOVESE  GLUCK PC<br>ATTORNEYS FOR 215 MOORE STREET<br>MEZZANINE LENDER LLC<br>875 THIRD AVENUE 9TH FLOOR<br>NEW YORK NEW YORK 10022-0123 |
| STATE OF NEW YORK<br>ATTORNEY GENERALS OFFICE<br>120 BROADWAY<br>NEW YORK NY 10271-0002 | UNITED STATES TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>US FEDERAL OFFICE BUILDING<br>201 VARICK STREET ROOM 1006<br>NEW YORK NY 10014-7016 | UNITED STATES OF AMERICA<br>CO US ATTORNEY<br>86 CHAMBERS STREET<br>NEW YORK NY 10007-1825 |
| VELOCITY FRAMERS<br>5014 16TH AVE<br>SUITE 468<br>BROOKLYN NY 11204-1404 | MARK A FRANKEL<br>BACKENROTH FRANKEL  KRINSKY LLP<br>800 THIRD AVENUE<br>11TH FLOOR<br>NEW YORK NY 10022-7651 | |