UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

MY 2011 Grand LLC, *et al.*, [1]

Debtors.

Chapter 11

Case No. 19-23957 (RDD)

(Jointly Administered)

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF AKERMAN LLP AS SPECIAL LITIGATION AND CORPORATE COUNSEL FOR THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**

Upon the unopposed application, dated February 18, 2021 (the "Application") of the debtors and debtors in possession herein, MY 2011 Grand LLC and S&B Monsey LLC (together, the "Debtors"), for an order authorizing them to employ and retain, pursuant to Sections 327(e) and 328 of the Bankruptcy Code and Rule 2014 of the Bankruptcy Rules, Akerman LLP ("Akerman"), as special litigation and corporate counsel with respect to the matters described in the Application (the "Special Matters"); and upon the Declaration of Mark S. Lichtenstein in support of the Application (the "Lichtenstein Declaration"); and the Court being satisfied that Akerman neither holds nor represents an interest adverse to the Debtors or the Debtors' estates with respect to the Special Matters upon which Akerman is to be engaged and that Akerman's employment is necessary and would be in the best interest of the Debtors and the Debtors' estates; and it appearing that sufficient notice of the Application has been given, and no additional notice or a hearing being required; now, therefore, it is hereby

ORDERED that

1.  The Application is granted to the extent provided herein.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification numbers are as follows: MY 2011 Grand LLC (0415) and S&B Monsey LLC (7070).

55531934;4

2. Pursuant to sections 327(e) of the Bankruptcy Code, the Debtors are authorized to retain Akerman as special litigation and corporate counsel in these cases with respect to the Special Matters, effective as of the commencement of these chapter 11 cases.

3. Akerman shall be compensated for legal services rendered to the Debtors and reimbursed reasonable and necessary expenses incurred in connection therewith in accordance with Sections 330 and 331 of the Bankruptcy Code, as the case may be, and the applicable Bankruptcy Rules, Local Rules, and fee and expense guidelines and orders of the Court; and

4. Before implementing any rate increases in these cases, Akerman will provide at least ten (10) business days' notice of such proposed rate increase(s) to the Debtors and the United States Trustee and will file such notice with the Court. All parties in interest retain all rights to object to any rate increase on any grounds including, but not limited to, the reasonableness standard provided for in Section 330 of the Bankruptcy Code.

5. This Court shall retain jurisdiction with respect to all matters related to the interpretation or implementation of this Order.

6. Akerman will not duplicate any services provided by any of the Debtors' other retained professionals in this case.

Dated: White Plains, New York
       March 3, 2021

　　　　　　　　　　　　　　　　　　/s/ Robert D. Drain
　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE


**NO OBJECTION:**

Dated: New York, New York
       February 24, 2021

**UNITED STATES TRUSTEE, REGION 2**
**WILLIAM K. HARRINGTON**

By: */s/Greg Zipes*
    Greg Zipes, Trial Attorney
    201 Varick Street, Suite 1006
    New York, New York 10014
    Tel. No.: (212) 510-0500