UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MY 2011 GRAND LLC, *et al.*, [1]<br><br>Debtors. | CHAPTER 11<br><br>CASE NO. 19-23957 (RDD)<br>(JOINTLY ADMINISTERED) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the New York office of the law firm of Akerman LLP ("Akerman"), special counsel for Debtors My 2011 Grand LLC and S&B Monsey LLC, moved its offices on March 8, 2021.

**PLEASE TAKE FURTHER NOTICE** that, effective immediately, Akerman's address and contact information has changed to the following:

AKERMAN LLP
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Telephone: (212) 880-3800

Dated: New York, New York
      March 8, 2021

                                      AKERMAN LLP

                                      By:   */s/Mark S. Lichtenstein*
                                             Mark S. Lichtenstein
                                             1251 Avenue of the Americas, 37th Floor
                                             New York, New York 10020
                                             Tel. No. (212) 880-3800
                                             E-mail: mark.lichtenstein@akerman.com

                                      *Special Counsel for Debtors*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification numbers are as follows: MY 2011 Grand LLC (0415) and S&B Monsey LLC (7070).