UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

MY 2011 Grand LLC, *et al.*, [1]

Debtors.

Chapter 11

Case No. 19-23957 (RDD)
(Jointly Administered)

**RELATED DOC. NO. 149**

## AFFIDAVIT OF SERVICE

**STATE OF NEW YORK** )
                           ) **ss:**
**COUNTY OF NEW YORK** )

    I, Reyko E. Delpino, being duly sworn, depose and say:

1.    I am not a party to the action and am over 18 years of age.

2.    A true and correct copy of the *NOTICE OF ZOOM® HEARING with VERIFIED OBJECTION TO CLAIM OF 215 MOORE STREET MEZZANINE LENDER LLC, OR, ALTERNATIVELY, MOTION TO COMPEL EQUITABLE MARSHALING [CLAIM NUMBER 4]* **[ECF No. 149]** were served on November 19, 2021 via (i) Electronic Notice and Electronic Mail upon the parties denoted with a "*" on the attached service list, (ii) Electronic Mail upon the parties denoted with a "**" on the attached service list, and (iii) U.S. Mail, postage pre-paid or facsimile upon the parties denoted with a "***" on the attached service list.

                                                */s/Reyko E. Delpino*
                                                Reyko E. Delpino

Sworn to before me this
19th day of November 2021.

*/s/Pamela R. Martinez*
Pamela R. Martinez
Notary Public-State of New York
No. 01MA6314397
Qualified in Queens County
My Commission Expires 11-03-2022

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification numbers are as follows: MY 2011 Grand LLC (0415) and S&B Monsey LLC (7070).

## SERVICE LIST

**SERVICE VIA ECF AND ELECTRONIC MAIL (\*)**
Mark A. Frankel on behalf of Debtors MY2011 Grand LLC and S & B Monsey LLC
mfrankel@bfklaw.com

United States Trustee
USTPRegion02.NYECF@USDOJ.GOV

Greg M. Zipes on behalf of U.S. Trustee United States Trustee
greg.zipes@usdoj.gov

Yara Kass-Gergi on behalf of Interested Party ER 215 Moore Holdings LLC
ykass-gergi@goulstonstorrs.com

Douglas B. Rosner on behalf of Interested Party ER 215 Moore Holdings LLC
drosner@goulstonstorrs.com

**VIA ELECTRONIC MAIL (\*\*)**
Fred B. Ringel on behalf of Interested Party 215 Moore Street Mezzanine Lender LLC
fbr@robinsonbrog.com

**SERVICE VIA U.S. MAIL (\*\*\*)**
OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, SUITE 1006
NEW YORK, NY   10014

FRED B. RINGEL
C/O ROBINSON BROG
875 THIRD AVENUE, 9TH FLR.
NEW YORK, NY  10022

RON FRIEDMAN
215 MOORE STREET MEZZANINE LENDER LLC
207 WEST 25TH STREET, 9TH FLR.
NEW YORK, NY  10001