# EXHIBIT 2

# ROSENBERG & ESTIS, P.C.
ATTORNEYS AT LAW

733 Third Avenue
New York, New York 10017
212.867.6000
Fax 212.551.8484
www.rosenbergestis.com

As of August 27, 2019

**VIA FEDERAL EXPRESS & EMAIL**

S&B Monsey LLC
679 Driggs Avenue,
Brooklyn New York 11211
Attention: Toby Moskovits
Email: Toby@heritage-equity.com

Grand Living II, LLC
679 Driggs Avenue,
Brooklyn New York 11211
Attention: Toby Moskovits
Email: Toby@heritage-equity.com

My2011 Grand LLC
Toby Moskovits
679 Driggs Avenue
Brooklyn, New York 11211
Attention: Toby Moskovits
Email: Toby@heritage-equity.com

Cohen & Gresser LLP
800 Third Avenue
New York, New York 10022
Attention: Nicholas Kaiser, Esq.
Email: nkaiser@cohengresser.com

Re: 227 Grand Street, Brooklyn, New York

Ladies and Gentleman:

    Reference is made to that certain Escrow Agreement, dated as of December 29, 2016 (the "Escrow Agreement"), by and among GRAND LIVING II, LLC ("Pledged Entity"), S&B MONSEY LLC ("Pledgor"), 227 GRAND STREET MEZZ LENDER LLC ("Mezzanine Lender"), and ROSENBERG & ESTIS, P.C. ("Escrow Agent"). Any capitalized term not defined herein shall have the meaning as set forth in the Escrow Agreement.

    Please be advised that Escrow Agent has received the Escrow Release Notice from Mezzanine Lender, a copy of which is attached.

RE\39820\0008\2804275v1

Upon receipt of the Escrow Release Notice, Section 4 of the Escrow Agreement provides that "*Escrow Agent shall (i) immediately release the Escrowed Documents from escrow and submit the applicable Escrowed Documents for recording at the Office of the City Register of the City of New York (the "Recording Office") and (ii) deliver to the Pledgor, Borrowers and Pledged Entity written notification of receipt of the Escrow Release Notice from Mezzanine Lender and of the intent of Escrow Agent to release the Escrowed Documents from escrow and submit the applicable Escrowed Documents for recording at the Recording Office.*"

Accordingly, in compliance therewith, please be advised that (i) Escrow Agent has so immediately released the Escrowed Documents and submitted the applicable Escrowed Documents for recording at the Recording Office and (ii) has herewith delivered to the Pledgor, Borrowers and Pledged Entity written notification of receipt of the Escrow Release Notice from Mezzanine Lender and of the intent of Escrow Agent to release the Escrowed Documents from escrow and submit the applicable Escrowed Documents for recording at the Recording Office.

Sincerely,

ROSENBERG & ESTIS, P.C., as Escrow Agent

By: _____
Name: Richard Sussman
Title: Member

CC:  227 Grand Street Mezz Lender LLC
c/o Hutton Ventures LLC
207 West 25th Street- 9th
Floor New York, New York  10001
Attention:  Robert Schechter, Esq.
Email: rschechter@huttoncm.com

Rosenberg & Estis, P.C.
733 Third Avenue
New York, NY  10017
Attention:  Adam R. Sanders
Email: asanders@rosenbergestis.com

- 2 -

RE\39820\0008\2804275v1