**LEECH TISHMAN ROBINSON BROG, PLLC**
875 Third Avenue, 9th Floor
New York, New York 10022
Tel. No.: 212-603-6301
Fred B. Ringel, Esq.
Steven B. Eichel, Esq.

*Attorneys for 227 Grand Street Mezz Lender LLC
and 215 Moore Street Mezzanine Lender LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

**MY 2011 GRAND LLC,** [1]

      Debtors.
-------------------------------------------------------------X

Chapter 11

Case No. 19-23957 (RDD)
Jointly Administered

## STIPULATION OF SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned parties in accordance with the executed client consent letter dated May 16, 2022, that Leech Tishman Robinson Brog, PLLC be and hereby is substituted as counsel of record to 227 Grand Street Mezz Lender LLC and 215 Moore Street Mezzanine Lender LLC in place of Robinson Brog Leinwand Greene Genovese & Gluck P.C. This stipulation may be signed in counterparts and all signatures transmitted by facsimile or electronic mail for the purpose of executing this stipulation shall be deemed an original.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: MY 2011 Grand LLC (0415) and S&B Monsey LLC (7070).

{01150916.DOC;1 }739294

**DATED:** New York, New York
May 19, 2022

| | |
|---|---|
| ROBINSON BROG LEINWAND GREENE GENOVESE& GLUCK, P.C. | LEECH TISHMAN ROBINSON BROG, PLLC |
| /s/ Fred B. Ringel | /s/ Fred B. Ringel |
| Fred B. Ringel | Fred B. Ringel |
| 875 Third Avenue, 9th Floor | 875 Third Avenue, 9th Floor |
| New York, New York 10022 | New York, New York 10022 |
| (212) 603 6300 | (212) 603 6300 |
| *Outgoing Counsel for 227 Grand Street Mezz Lender LLC and 215 Moore Street Mezzanine Lender LLC* | *Incoming Counsel for 227 Grand Street Mezz Lender LLC and 215 Moore Street Mezzanine Lender LLC* |