| | |
|---|---|
| ARCHER & GREINER, P.C.<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 682-4940<br>Allen G. Kadish<br>Harrison H.D. Breakstone<br>Email: akadish@archerlaw.com<br>         hbreakstone@archerlaw.com | Hearing Date: June 27, 2022<br>Hearing Time: **2:30 P.M.** |

*Attorneys for All Year Holdings Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>MY2011 GRAND LLC, *et al.*,[1]<br><br>             Debtor. | Chapter 11<br><br>Case No. 19-23957 (RDD)<br>(Jointly Administered) |

-----------------------------------------------------------x

### NOTICE OF RESCHEDULING OF HEARING ON MOTION OF ALL YEAR HOLDINGS LIMITED TO COMPEL DEBTORS TO COMPLY WITH COURT ORDER

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

      PLEASE TAKE NOTICE that on May 20, 2022, ALL YEAR HOLDINGS LIMITED filed the *Motion of All Year Holdings Limited to Compel Debtors to Comply with Court Order* [Dkt. No. 193] (the "Motion").

      PLEASE TAKE FURTHER NOTICE that the hearing to consider the relief sought in the Motion has been rescheduled from June 27, 2022 at 10:00 a.m. to **June 27, 2022 at 2:30 p.m.**

      PLEASE TAKE FURTHER NOTICE that the hearing will be held, via Zoom, before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification numbers are as follows: MY 2011 Grand LLC (0415) and S&B Monsey LLC (7070).

Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4140.

PLEASE TAKE FURTHER NOTICE that parties wishing to appear at, or attend, the Hearing must register their appearance by 4:00 p.m. one (1) business day before the Hearing with the Court's eCourt Appearances tool. Instructions for the eCourt Appearances tool can be found at https://www.nysb.uscourts.gov/ecourt-appearances. Parties who will attend the hearing are requested to notify counsel for the Movant.

PLEASE TAKE FURTHER NOTICE that objections if any, to the relief requested in the Motion shall be in writing, shall conform to the Bankruptcy Code, the Bankruptcy Rules and Local Rules of the Bankruptcy Court, shall set forth the name of the objecting party, the basis for the objection, the specific grounds therefor, and shall be filed with the Bankruptcy Court electronically in accordance with General Order 559 (with a courtesy copy delivered to the Chambers of the Hon. Robert D. Drain) and served in accordance with General Order 559, and served upon: (i) Archer & Greiner, P.C., counsel to All Year Holdings Limited, Attn: Allen G. Kadish, Esq. and Harrison H.D. Breakstone, Esq., 1211 Avenue of the Americas, New York, New York 10036, and (ii) the Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, New York 10014, so as to actually be filed with the Bankruptcy Court and received by **June 20, 2022**.

**PLEASE TAKE FURTHER NOTICE** that you may review the Motion at the Office of the Clerk of the Bankruptcy Court or by accessing the Court's electronic filing system at www.nysb.uscourts.gov, or you may contact the undersigned counsel by phone or email and copies of the Motion will be provided. If no objection to the Motion is timely filed and received, the Bankruptcy Court may grant the relief sought in the Motion at the Hearing. Objecting parties are

required to attend the Hearing and failure to appear may result in relief being granted or denied upon default.

| | |
|---|---|
| Dated: New York, New York<br>June 9, 2022 | ARCHER & GREINER, P.C.<br><br>By:   s/ Allen G. Kadish<br>    Allen G. Kadish<br>    Harrison H.D. Breakstone<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 682-4940<br>Email: akadish@archerlaw.com<br>       hbreakstone@archerlaw.com<br><br>*Attorneys for All Year Holdings Limited* |

224767539v1