UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                                                          Chapter 11

**MY 2011 GRAND LLC, *et al*,**[1]                                        Case No.: 19-23957 (SHL)
                                                                                                (Jointly Administered)

                       Debtors.
-----------------------------------------------------------X

## ORDER IN AID OF CONFIRMATION OF DEBTORS' SIXTH AMENDED JOINT PLAN OF REORGANIZATION

      MY 2011 Grand LLC and S&B Monsey LLC (collectively, "Debtors"), having filed the Sixth Amended Joint Plan of Reorganization on October 3, 2022 ("Plan"); and the Court having entered an order on October 12, 2022 confirming the Plan ("Confirmation Order"); and upon the emergency oral application of 227 Grand Street Mezz Lender LLC for an order in aid of confirmation and in furtherance of the consummation of the Plan; and it appearing to the Court that it is necessary for the entry of an order pursuant to 11 U.S.C. §1142 to aid in the confirmation and consummation of the Plan in order to ensure the transactions provided for in the Plan occur on a timely basis; and an emergency hearing having been held before this Court on October 13, 2022; and it appearing that it is necessary that an order pursuant to 11 U.S.C. §1142 be entered to aid confirmation of the Plan in order to consummate the transaction contemplated by the Plan; and good and sufficient notice of the emergency hearing having been provided and found sufficient under the circumstances and exigencies of this case; and after due deliberation and sufficient cause appearing therefor, it is hereby

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: MY 2011 Grand LLC (0415) and S&B Monsey LLC (7070).

4882-7880-1209, v. 2

**ORDERED**, that the Motion is granted as set forth herein; and it is further

**ORDERED**, that Michael Lichtenstein, on behalf of the Debtors and Grand Living LLC) is hereby directed to execute any and all documents and/or instruments required to effect the transfer of the Property (as defined in the Plan), including, but not limited to, all documents required by the title company closing the sale transactions pursuant to the Plan and the purchaser of the Property, including (i) the deed, (ii) ACRIS (Transfer Tax Documents), (iii) Assignment of Leases, (iv) Bill of Sale, (v) Notice to Tenants, (vi) FIRPTA, (vii) settlement statement and (viii) Seller Affidavit, as well any other documents required to transfer title to the Property in accordance with the Plan (collectively, the "Required Documents") no later than 8 p.m. on October 13, 2022; and it is further

**ORDERED**, that in the event Michael Lichtenstein does not sign all of the Required Documents by 8 pm on October 13, 2022, then he is directed to appear ***in person [SHL]*** on **October 14, 2022 at 9:30 am** before the Honorable Sean H. Lane at the United States Bankruptcy Court for the Southern District of New York at 300 Quarropas Street, White Plains, New York 10601-4150 (the "Courthouse") to sign all the Required Documents; and its is further

**ORDERED,** that in the event that Michael Lichtenstein does not sign the Required Documents and fails to appear on October 14, 2022 at the Courthouse, he shall be held in contempt, with sanctions ***that may but are not limited to*** ~~to include~~ ***[SHL]*** the use of the U.S. Marshalls to require his presence in the Courthouse and other sanctions to be determined at a future hearing; and it is further

**ORDERED,** ***notwithstanding the foregoing paragraphs [SHL],*** that provided Mark Lichtenstein obtains ~~written~~ ***[SHL]*** authority from Michael Lichtenstein to sign the Required

Documents, Debtors' counsel, Mark Lichtenstein, ("Alternate Signatory") is authorized and empowered to act and execute the Required Documents on behalf of the Debtors and Grand Living LLC; and it is further

**ORDERED**, that all other provisions of the Plan and the Confirmation Order shall remain in full force and effect; and it is further

**ORDERED**, that the provisions of this Order shall be immediately enforceable upon entry of this Order by the Court; and it is further

**ORDERED**, that this Court shall retain jurisdiction to resolve any disputes or controversies arising from entry of this Order and the enforcement thereof.

**Dated:** White Plains, New York
October 13, 2022

*/s/ Sean H. Lane*
**HONORABLE SEAN H. LANE**
**UNITED STATES BANKRUPTCY JUDGE**