ARCHER & GREINER, P.C.
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-4940
Allen G. Kadish
Harrison H.D. Breakstone
Email: akadish@archerlaw.com
         hbreakstone@archerlaw.com

*Attorneys for All Year Holdings Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re:                                          Chapter 11

MY2011 GRAND LLC, *et al.*,[1]                  Case No. 19-23957 (RDD)
                                                (Jointly Administered)
         Debtors.

----------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF
## ALL YEAR HOLDINGS LIMITED'S
## MOTION TO COMPEL

TO THE HONORABLE SEAN H. LANE,
UNITED STATES BANKRUPTCY JUDGE:

ALL YEAR HOLDINGS LIMITED, having filed the *Motion of All Year Holdings Limited to Compel Debtors to Comply with Court Order* [Docket No. 193] (the "Motion to Compel"); and a hearing to consider the Motion to Compel having been scheduled for Thursday, October 20, 2022 at 10:00 a.m.; and an Order of confirmation and sale having been entered in this case [Docket No. 193]; and ALL YEAR HOLDINGS LIMITED having been paid upon its Court-ordered secured interest in respect of certain property, ALL YEAR HOLDINGS LIMITED hereby withdraws the Motion to Compel.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification numbers are as follows: MY 2011 Grand LLC (0415) and S&B Monsey LLC (7070).

Dated: New York, New York
       October 19, 2022

ARCHER & GREINER, P.C.

By: _____
Allen G. Kadish
Harrison H.D. Breakstone
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-4940
Email: akadish@archerlaw.com
          hbreakstone@archerlaw.com

*Attorneys for All Year Holdings Limited*

225861045v1