UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                                                    Chapter 11

MY 2011 Grand LLC, *et al*,[1]                                              Case No.  19-23957 (SHL)

                               Debtor.
----------------------------------------------------------x

## NOTICE OF ENTRY CONFIRMATION AND SALE ORDER

PLEASE TAKE NOTICE, that on October 12, 2022, the Bankruptcy Court entered an order [Dkt. no. 237], (a) confirming the above-captioned Debtors' sixth amended plan of reorganization ("Plan"), and (b) approving the sale of the real property at 227 Grand Street, Brooklyn, New York 11210 under the Plan.

Dated: New York, New York
       October 19, 2022

                                                   BACKENROTH FRANKEL & KRINSKY, LLP

                                  By:   s/ Mark Frankel
                                          800 Third Avenue
                                          New York, New York  10022
                                          (212) 593-1100

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: MY 2011 Grand LLC (0415) and S&B Monsey LLC (7070)