| | |
|---|---|
| LEECH TISHMAN ROBINSON BROG, PLLC<br>875 Third Avenue, 9th Floor<br>New York, New York 10022<br>Tel. No.: 212-603-6300<br>Steven B. Eichel, Esq.<br>*Attorneys for 227 Grand Street Mezz Lender LLC* | <u>Presentment Date and Time:</u><br>**January 4, 2023 at 12:00 p.m.** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:

**MY 2011 GRAND LLC,** *et al,*[1]

                          Debtors.
---------------------------------------------------------X

Chapter 11

Case No.: 19-23957 (SHL)
(Jointly Administered)

## NOTICE OF PRESENTMENT OF ORDER IN AID OF
## DEBTORS' SIXTH AMENDED JOINT PLAN OF REORGANIZATION

**PLEASE TAKE NOTICE** that the annexed proposed order in aid of Debtors' Sixth Amended Joint Plan of Reorganization (the "Proposed Order") will be presented to the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, on **January 4, 2023** at **12:00 p.m.** for signature ("Presentment Date").

**PLEASE TAKE FURTHER NOTICE** that objections to the relief sought herein, if any, must be in writing, filed with the Court, with a courtesy copy delivered to chambers, and served upon the undersigned so as to be received no

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: MY 2011 Grand LLC (0415) and S&B Monsey LLC (7070).

later than **January 4, 2023 at 11:30 a.m**. Such objections shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Court for the Southern District of New York, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (General Order M-399 and the User's Manual for the Electronic case Filing System can be found at [www.nysb.uscourts.gov,](www.nysb.uscourts.gov) the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, but all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF) (with a hard-copy delivered directly to Chambers), and shall be served in accordance with General Order M-242, upon **Leech Tishman Robinson Brog, PLLC, Attn: Steven B. Eichel, Esq., 875 Third Avenue, New York, New York 10022**.

**PLEASE TAKE FURTHER NOTICE** that in the event objections are timely interposed and cannot be resolved, the Court may schedule a hearing on said objections. In the event no objections are timely interposed, the Proposed Order may be signed.

Dated: New York, New York
       December 28, 2022

                                      LEECH TISHMAN
                                      ROBINSON BROG, PLLC
                                      875 Third Avenue, 9th Floor
                                      New York, New York 0022
                                      Tel. No.: 212-603-6300
                                      *Counsel for 227 Grand Street Mezz Lender LLC*

                                      By:/s/ Steven B. Eichel_____
                                        **Steven B. Eichel, Esq.**