UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:                                                                                               Chapter 11

**MY 2011 GRAND LLC,** *et al*,[1]                                         Case No.: 19-23957 (SHL)
                                                                                                     (Jointly Administered)
                          Debtors.
----------------------------------------------------------X

## ORDER IN AID OF CONFIRMATION OF DEBTORS' <br> SIXTH AMENDED JOINT PLAN OF REORGANIZATION

MY 2011 Grand LLC and S&B Monsey LLC (collectively, "Debtors"), having filed the Sixth Amended Joint Plan of Reorganization on October 3, 2022 ("Plan"); and the Court having entered an order on October 12, 2022 confirming the Plan ("Confirmation Order"); and upon the written request ("Application") of 227 Grand Street Mezz Lender LLC ("227 Grand") for an order in aid of confirmation and to further the consummation of the Plan; and it appearing to the Court that it is necessary for the entry of an order pursuant to 11 U.S.C. §1142 to aid in the confirmation and consummation of the Plan so that the remaining cash in the escrow account of the disbursing agent ("Disbursing Agent") after payment of claims does not remain idle in the Disbursing Agent's escrow account pending closing of the case, but may be used by 227 Grand to pay (i) fees and expenses incurred by its counsel Leech Tishman Robinson Brog PLLC ("Leech Tishman") and (ii) the settlement with B6 Real Estate Advisors; and it appearing that it is necessary that an order pursuant to 11 U.S.C. §1142 be entered to aid confirmation of the Plan to consummate the transaction contemplated by the Plan; and good and sufficient notice having been provided and found

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: MY 2011 Grand LLC (0415) and S&B Monsey LLC (7070).

sufficient under the circumstances and exigencies of this case; and after due deliberation and sufficient cause appearing for it, it is hereby

**ORDERED**, that the Application is granted as set forth below; and it is further

**ORDERED**, that after the Disbursing Agent's payment of $425,000 to Akerman LLP and payment of $210,000 to Backenroth Frankel & Krinsky LLP, the $80,000 remaining in the Disbursing Agent's escrow account that was part of the reserve for the payment of these claims may be paid by 227 Grand, which may direct the Disbursing Agent to pay B6 Real Estate Advisors pursuant to its Court ordered settlement and Leech Tishman for fees and expenses incurred by it; and it is further

**ORDERED,** that after the payment of all allowed general unsecured claims, if any, or the disallowance and expungement of such claims, any excess funds held by the Disbursing Agent, if any, after payment of such claims may be used by 227 Grand to pay legal fees and expenses owed to Leech Tishman; and it is further

**ORDERED**, that after reserving sufficient funds to pay all United States Trustee Fees owing in these cases, any excess funds held by the Disbursing Agent may be used to pay legal fees owed to Leech Tishman; and it is further

**ORDERED,** that upon the payment of all allowed claims, legal fees owed to Leech Tishman and U. S. Trustee fees, any funds remaining in the Disbursing Agent's escrow account, if any, shall be returned to 227 Grand; and it is further

**ORDERED**, that all other provisions of the Plan and the Confirmation Order shall remain in effect; and it is further

**ORDERED**, that the provisions of this Order shall be immediately enforceable upon entry of this Order by the Court; and it is further

**ORDERED**, that this Court shall retain jurisdiction to resolve any disputes or controversies arising from entry of this Order and its enforcement.

**Dated:** White Plains, New York
December __, 2022

> **HONORABLE SEAN H. LANE**
> **UNITED STATES BANKRUPTCY JUDGE**